# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00752-CV

**Nicolas Dominic Taboada, Appellant**

**v.**

**Austin Police Department and Southside Wrecker, Inc., Appellees**

### FROM THE JUSTICE COURT PRECINCT 4 OF TRAVIS COUNTY
### NO. J-4-JC-12-002182, HONORABLE RAÙL ARTURO GONZÁLEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal in this Court, complaining of a judgment signed by the justice court. However, this Court lacks jurisdiction over justice-court judgments. That jurisdiction lies in the county or district court. *See* Tex. Civ. Prac. & Rem. Code § 51.001; *see also id*. § 51.012 (person may appeal from district or county court to court of appeals). We therefore dismiss the appeal for want of jurisdiction.[1] Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: August 16, 2013

_____

[1] We have forwarded a copy of the notice of appeal to the county court.